STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2001

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01 00074 DAE |
| Plaintiff, ) | INDICTMENT |
| ) | [18 U.S.C. § 911] |
| vs. ) | |
| DOMINIC GLENN GOMEZ, ) | |
| aka "Glenn Gomez," ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about September 2, 1996, in the District of Hawaii, DOMINIC GLENN GOMEZ, aka "Glenn Gomez," defendant herein, a native and citizen of Malaysia, did falsely and willfully represent himself to be a citizen of the United States on a federal I-9 Employment Verification Form.

All in violation of Title 18, United States Code section 911.

### Count 2

The Grand Jury further charges that:

On or about January 5, ~~2000~~ 2001, in the District of Hawaii, DOMINIC GLENN GOMEZ, aka "Glenn Gomez," defendant herein, a native and citizen of Malaysia, did falsely and willfully represent himself to be a citizen of the United States to a State of Hawaii Deputy Sheriff.

All in violation of Title 18, United States Code section 911.

DATED: *March 1*, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

United States v. Dominic Glenn Gomez
Cr. No. 01-_____
Indictment

2